NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEE PATRICK ROBINSON, JR.,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D20-1408
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____    )

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle D. Sisco,
Judge.

Lee Patrick Robinson, Jr., pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, LaROSE, and LUCAS, JJ., Concur.